AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Reginald Lumar ) | Case No. 20-01 Mag |
| ) | |
| _____ ) | |
| Defendant ) | |

## WAIVER OF A PRELIMINARY HEARING

    I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

    I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 2/21/2020

*Reginald Lumar Jr.*
Defendant's signature

*[signature]*
Signature of defendant's attorney

DWIGHT DOSKEY #5029
Printed name and bar number of defendant's attorney

321 N. Vermont, Covington, LA 70433
Address of defendant's attorney

dwightdoskeyplc@bellsouth.net
E-mail address of defendant's attorney

504-388-3782
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney